### 13347. CLINE *v.* REO MACON COMPANY.

LUKE, J. There being in the bill of exceptions, as amended, no exception to any final judgment, but only an exception to antecedent rulings of the trial court rejecting certain proffered testimony, the bill of exceptions must be dismissed.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1922.

Complaint; from city court of Houston county — Judge Riley. November 23, 1921.

*Emmett Houser, A. C. Riley Jr.,* for plaintiff in error.

*John P. Ross,* contra.